Decided February 22, 1995

FREDERICK C. SMITH *v.* AVANTE
MANAGEMENT GROUP, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 14111), is denied.

*Frederick C. Smith,* pro se, in support of the petition.

*David A. Hill, Jr.,* in opposition.

Decided March 9, 1995

KENNA D. BROWN *v.* WILLIAM B. BROWN

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 597 (AC 12588), is denied.

*Kenna I. Daly,* pro se, in support of the petition.

*C. Ian McLachlan,* in opposition.

Decided March 9, 1995

STATE OF CONNECTICUT *v.* DANA MOZELL

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 631 (AC 12395), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided March 9, 1995